```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | CHRISTINE C. EWELL
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | BROCK H. LUNSFORD (No. 201740)
 4 | Special Assistant United States Attorney
   | Domestic Security and Immigration Crimes Section
 5 |      1200 United States Courthouse
   |      312 North Spring Street
 6 |      Los Angeles, California 90012
   |      Telephone:  (213) 894-8611
 7 |      Facsimile:  (213) 894-0141
   |      E-mail: Brock.Lunsford@usdoj.gov
 8 |
   | Attorneys for Plaintiff
 9 | UNITED STATES OF AMERICA
```

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-424M |
| --- | --- |
| Plaintiff, | ) ~~PROPOSED~~ FINDINGS AND ORDER |
| v. | ) |
| CARLOS PINEDA, | ) |
| Defendant. | ) |

PROPOSED FINDINGS & ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties and finds that the interests of justice outweigh the defendant's and the public's right to the filing of charges and commencement of trial in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the time between March 21, 2008, and April 14, 2008, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B). Nothing in this stipulation and order shall preclude a finding that other provisions of the

1 | Speedy Trial Act dictate that additional time periods are
2 | excludable from the period within which charges must be filed and
3 | trial must commence.
4 |     IT IS THEREFORE ORDERED that the Post-Indictment Arraignment
5 | scheduled for March 31, 2008, shall be continued to April 14,
6 | 2008, at 8:30 a.m.
7 |
8 | DATED: March 24, 2008
9 |
10 | _____
11 | UNITED STATES DISTRICT COURT JUDGE

*/s/ Alicia G. Rosenberg*